No. 7,038. — GEORGE R. COOPER, Plaintiff and Appellant, *v.* E. L. BRENNAN et al., Defendants; H. S. TUPPER, Intervener and Respondent; W. L. HYDE, Appellant.

Decided October 11, 1932.

PER CURIAM.—On motion of intervener and respondent H. S. Tupper, it is ordered that the appeal herein be dismissed.

*Mr. C. E. Comer,* for Respondent.